# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN KIRKER;<br><br>       Plaintiff,<br>vs.<br><br>AMERICAN HONDA MOTOR CO., INC.; and DOES 1 through 100, inclusive;<br><br>       Defendants. | **Case No.:   8:19-cv-01484-JVS-DFM**<br><br>ORDER ON JOINT STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Complaint Filed: July 3, 2019<br>Removed: August 1, 2019<br>District Judge: Hon. James V. Selna<br>Magistrate: Douglas F. McCormick<br>Courtroom: 10C<br>Trial Date: August 4, 2020 |

1  The Court has reviewed the Joint Stipulation for Order Dismissing the Action with
2  Prejudice, and hereby orders as follows:
3      The parties have stipulated that the action should be dismissed with prejudice.
4  Accordingly, the entire action is dismissed with prejudice pursuant to *Federal Rule of*
5  *Civil Procedure 41(a)(1)(A)(ii)*. Each party shall bear their own costs and attorneys'
6  fees.
7      **IT IS SO ORDERED.**

Dated: January 10, 2020

                                    _____
                                    HON. JAMES V. SELNA
                                    DISTRICT JUDGE